JUDGE DANIELS

Steven R. Schindler (SS-3511)
Karen Zakrzewski (KZ-2266)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
(212) 277-6300

'08 CIV 7327.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHANDRA SEKAR,

        Plaintiff,

   -against-

PINCEIS TIGRE, S.A.,

        Defendant,

-------------------------------------------------------------X

RECEIVED
Case No.: AUG 19 2008
U.S.D.C.S.D.N.Y.
(ECF Case)
CASHIERS

**RULE 7.1 DISCLOSURE
STATEMENT OF
PINCEIS TIGRE, S.A.**

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Pincéis Tigre, S.A. (a private non-governmental party) certifies that Tigre S.A. Tubos

e Conexões is the parent corporation of Pincéis Tigre S.A. and that no publicly held corporation

owns more than 10% of Pincéis Tigre S.A.'s stock or its parent's stock.

Dated: New York, New York
       August 19, 2008

      SCHINDLER COHEN & HOCHMAN LLP

      By: _____
          Steven R. Schindler (SS-3511)
          Karen Zakrzewski (KZ-2266)

      100 Wall Street
      15th Floor
      New York, New York 10005
      (212) 277-6300
      (212) 277-6333 (facsimile)

      *Attorneys for Defendant Pinceis Tigre, S.A.*

{00041005}