UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CHANDRA SEKAR,

      Plaintiff,

      -against-

PINCEIS TIGRE, S.A.,

      Defendant,
------------------------------------------------------x

Case No.: 08 CIV 7327

(ECF Case)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NEW YORK  )

      Claudia R. Urdanivia, being duly sworn, deposes and says:

1.    I am over 18 years of age and am not a party to this action.

2.    On August 19, 2008, I served a true copy of the attached *Notice of Removal* and *Rule 7.1 Disclosure Statement of Pinceis Tigre, S.A.,* upon counsel for Plaintiff, Chandra Sekar, Frederick H. Mandel, Esq., at Mandel & Mandel LLP, 1350 Broadway, New York, New York 10018, by hand delivery.

                                            _____
                                            Claudia R. Urdanivia

Sworn before me this
19th day of August 2008

_____
Notary Public

KAREN ZAKRZEWSKI
Notary Public, State of New York
No. 02ZA6182239
Qualified in New York County
Commission Expires 02/19/2012

{00041070}