UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHANDRA SEKAR,                                :
                                              :
       Plaintiff,                      :     08 Civ. 7327
                                              :
    -against-                                :     (ECF Case)
                                              :
PINCEIS TIGRE, S.A.,                          :
                                              :
       Defendant,                      :
                                              :
------------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Karen Zakrzewski. I am a U.S.D.C., Southern District of New York attorney. My Bar Number is KZ-2266. I have changed law firms and contact information as follows:

| Former law firm/contact information: | Current law firm/contact info: |
|---|---|
| Cahill Gordon & Reindel LLP | Schindler Cohen & Hochman LLP |
| 80 Pine Street | 100 Wall Street, 15th Floor |
| New York, New York 10005 | New York, New York 10005 |
| Phone: (212) 701-3000 | Phone: (212) 277-6300 |
| Fax: (212) 378-2623 | Fax: (212) 277-6333 |
| kzakrzewski@cahill.com | kzakrzewski@schlaw.com |

I am counsel of record on the above-entitled case at my current firm, Schindler Cohen & Hochman LLP.

Dated: 8/19/2008         _____